IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 07 003S

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR: |
| | ) | |
| v. | ) | In violation of 21 U.S.C. |
| | ) | §§ 841(a)(1), (b)(1)(B) and |
| RICARDO PIERRE | ) | (b)(1)(C) |

**INDICTMENT**

FILED
JAN 10 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

The Grand Jury charges that:

**COUNT I**

On or about July 28, 2006, in the District of Rhode Island, the defendant, RICARDO PIERRE, did knowingly and intentionally possess with the intent to distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

**COUNT II**

On or about July 28, 2006, in the District of Rhode Island, the defendant, RICARDO PIERRE, did knowingly and intentionally possess with the intent to distribute a mixture and substance

containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

A TRUE BILL:

REDACTED

ROBERT CLARKE CORRENTE
United States Attorney

Sandra R. Beckner
Assistant U.S. Attorney

Mary E. Rogers
Assistant U.S. Attorney
Chief, OCDETF Unit

Dated: 1-10-07