# State of Rhode Island and Providence Plantations
## Complaint To Search and Seize Property / or Person

TO William C Clifton ~~Justice of the Supreme, Superior Court~~, or Judge or ~~Magistrate~~ of the District Court of the State of Rhode Island

a) Chief, Deputy Chief, Captain, of Police, Sheriff, Deputy Sheriff of , Member of the Division of the State Police

b) **Det Paul Saccoccia,** a person authorized by law to bring complaints for violation of the law which it is my responsibility to enforce / a person who has a right to possession of the property stolen, embezzled, or obtained by false pretenses:

ON OATH COMPLAINS THAT:

(1) Certain property has been stolen or embezzled, or obtained by false pretense, or pretenses, with intent to cheat or defraud within this state or elsewhere;

(2) Certain property has been kept, suffered to be kept, concealed, deposited, or possessed in violation of law, or for the purpose of violating the law;

(3) Certain property is designed or intended for use, or is or has been used in violation of law, or as a means of committing a violation of law;

(4)

and prays that a warrant to search for and seize said property / person be issued and if the same be subject to forfeiture, that the property be forfeited.

The person / property or articles to be searched for and / or seized is described as follows:
**Marijuana, cocaine and their derivatives, ledgers, records, monies from the illegal sale of marijuana and cocaine, scales, and any and all other articles used to package, store or sell these illegal drugs, and/or any other illegal drug, Ricardo Pierre Dob 9/23/1979 ,alias John Doe.**

Name of owner, or keeper, thereof if known to complainant:
**Ricardo Pierre DOB 9/23/1979, alias John Doe.**

The place or person to be searched is described as follows:
**32 Stevens Rd., Cranston, Rhode Island, as well as the person of Ricardo Pierre, alias John Doe**

WCC

Your complaint prays that said warrant may be served in the nighttime for the reason that
**To use the cover of darkness to prevent the destruction of evidence, and for the safety of the officers executing the warrant, as well as Pierre's perpensity to avoid arrest and/or incarceration by escaping or fleeing.**

Subscribed and sworn to before me:

7/27/06
Date

William C Clifton
Judge/Justice/Magistrate

Det Paul Saccoccia
Complainant

# Search Warrant

State City / Town County
Ex rel **Cranston** **Providence**
vs. Respondent
**Ricardo Pierre**
**Alias John Doe**

TO: **An Officer authorized by law to execute the within warrant,**

Complaint and affidavit having been made to me under oath, and as I am satisfied that there is probable cause for the belief therein set forth that grounds for issuing a search warrant exist, you are hereby commanded diligently to search the place or person herein described for the property specified and to bring such property or articles, and to summon the owner, or keeper thereof, if any be named in the complaint, if to be found by you, to appear before the District Court in the district where such property shall have been seized, namely the **6th** Division of the District Court of Rhode Island.

Place or person to be searched
**32 Stevens Rd., Cranston, Rhode Island, as well as the person of Ricardo Pierre , Dob 9/23/1979 ,alias John Doe.**

Property or articles to be searched for:
**Marijuana, cocaine and their derivatives, ledgers, records, monies from the illegal sale of marijuana and cocaine, scales, and any and all other articles used to package, store or sell these illegal drugs, and/or any other illegal drug,**

Name of owner, or keeper, thereof if known to complainant:
**Ricardo Pierre DOB 9/23/1979, alias John Doe.** WCC

Said warrant shall be served in the daytime -- **may be served in the nighttime** -- within seven (7) days from the issuance hereof, AND IF NOT SERVED WITHIN SAID TIME TO BE RETURNED FORTHWITH TO A JUDGE SITTING IN THE ABOVE NAMED COURT.

Property seized by you hereunder shall be safely kept by you under the direction of the Court so long as may be necessary for the purpose of being used as evidence in any case. As soon as may be thereafter, if the same be subject to forfeiture, such further proceedings shall be had thereon for forfeiture as is prescribed by law.

Hereof fail not and MAKE TRUE RETURN PROMPTLY OF THIS WARRANT TO A JUDGE THERE SITTING with your doings thereon, accompanied by a written inventory of any property taken to a judge sitting in the above named court.

Issued at Cranston in the county of Providence this 27 day of July A.D. 2006

[signature]
Judge/Magistrate of the District Court
Justice of the Supreme / Superior Court

ACKNOWLEDGMENT OF RETURN

Warrant received on 1st day of August, 2006, from Det. Angel at 6th District

[signature]
~~Judge~~ Clerk

# AFFIDAVIT

Your affiant upon oath states that he has reason to believe and does believe that grounds for such warrant exist and states the following facts on which such belief is founded on the following affidavit.

**I, Detective Paul Saccoccia, a member of the Cranston Police Department for the last twenty (23) years, under oath, depose and say:**

**Over the last several weeks, I have received information from a confidential informant (CI) who wishes to remain anonymous for fear of their safety. The CI informed me that a male subject known to the CI as Ricardo, was living at 32 Stevens Rd., Cranston, Rhode Island and that the CI believed that drug activity was taking place at this address. The CI stated that mostly during the daytime hours, several different vehicles pull up to this address and stay for only 5 or 10 minutes at a time.**

**Based upon this information, members of the Special Investigations Unit (SIU) initiated an investigation into 32 Stevens Rd. Through investigative techniques and data bases, it was learned that a Ricardo Pierre DOB 9/23/1979 is living there with a female tentatively identified as Kristina Dimeo DOB 3/27/1983. A criminal history check revealed that Pierre has been arrested by Providence PD in 1999 for possession of cocaine with intent to deliver where it was amended to possession. Pierre received a 2 yr. Susp. Sentence/probation. Providence PD also arrested Pierre in 1999 for unlawful delivery of cocaine where Pierre pleaded nolo and received 7 yrs. 5 months t/s, 6 yrs., 7 month susp/probation. Cranston PD charged Pierre in 2002 with manufac/poss/deliver sch I/II. Pierre plead nolo and received a 12 yr full sentence, sentenced to 18 months to serve, 126 months susp/probation. In 2004 RISP charged Pierre with Escape and parole violation. In 2005, RISP charged Pierre with Driving after denial, susp/revocation-license and DUI. No information available. In 2006, RISP arrested Pierre on a warrant for FTA for sent/pay.**

**During this investigation, several surveillances have been conducted and it was learned that Pierre is operating a red Ford explorer RI Reg. TF-881 which is a rental vehicle. Rental vehicles are often used by drug suppliers to avoid being detected by changing their vehicles often. During surveillances, numerous vehicles have been observed coming over to 32 Stevens Rd. and staying for only a short period of time. Registrations observed at this address have included the registered owners having criminal records for drug offenses and weapon charges.**

**On 7/26 /06, I observed that Pierre had discarded his garbage on the sidewalk of his address. I took the garbage and transported it back to our office where I search it. Inside of the Garbage was several articles used to package both marijuana and cocaine, such as a vacuum pack plastic bag with duct tape on it. Also, I seized several gallon plastic bags with marijuana residue int them. One plastic bag contained a "bud" of high grade marijuana that I field-tested and it tested positive for that substance. I also confiscated numerous plastic sandwich baggies that the corners were cut off. Plastic baggies are commonly used to package cocaine by cutting off the corners of the baggies after the cocaine is placed in the baggies and tied.**

**Based upon the aforementioned facts, your affiant has reason to believe and does believe that Ricardo Pierre is storing and selling both marijuana and cocaine from both his address, being located at 32 Stevens Rd., Cranston, Rhode Island, and for the reasons stated, I am requesting a search be granted for this address.**

7/27/06
Date

Det Paul Saccoccia
Affiant

Providence Sc, In Cranston this

27 day of July, 2006, before me personally came

Detective Paul Saccoccia and made oath to the truth of the foregoing.

William C Clifton

Judge/~~Magistrate~~ of the District Court
~~Justice of the Supreme / Superior Court~~

# RETURN OF SERVICE

State of Rhode Island and Providence Plantations

Providence , Sc.

**32 Stevens Rd., Cranston, RI,** (Place) **July 28,** (Date)

A.D. **2006**, pursuant to the within warrant I have made search **during the daytime** --- during the nighttime --- as commanded and submit herewith a written inventory of property taken:

## DESCRIPTION OF SEIZED PROPERTY

| | | |
|---|---|---|
| 1. | GLASS PYREX MEASURING CUPS | 06-2875-PR |
| 2. | PROFESSIONAL DIGITAL SCALE-FX-20 | 06-2877-PR |
| 3. | APPLE DIME BAGS-1 PACKAGE | 06-2878-PR |
| 4. | GREEN PLAYBOY BUNNY DIME BAGS | 06-2879-PR |
| 5 | GLAD SANDWICH BAGS | 06-2881-PR |
| 6. | 2 CUT OFFS/PACKAGING | 06-2884-PR |
| 7. | 1 LARGE HEFTY BAG USED FOR PACKAGING NARCOTICS | 06-2882-PR |
| 8. | US MAIL ADDRESSED TO RESIDENCE IN NAMES OF ARRESTEE'S | 06-2885-PR |
| 9. | BUDGET RENT A CAR AGREEMENT | 06-2886-PR |
| 10. | 2 ZIPLOC BAGS W/ MARIJUANA RESIDUE | 06-2887-PR |
| 11. | BLUE SUITCASE WHICH CONTAINED MARIJUANA AND COCAINE | 06-2888-PR |
| 12. | BROWN ZIPPER PURSE WITH ID OF KRISTINA DIMEO | 06-2889-PR |
| 13. | SPOON WITH RESIDUE | 06-2890-PR |
| 14. | KNIFE WITH RESIDUE | 06-2891-PR |
| 15. | US CURRENCY-$1907.00 | 06-2892-PR |
| 16. | RI DRIVERS LIC OF KRISTINA DIMEO | 06-2893-PR |
| 17. | ROYAL DIGITAL SCALE | 06-2876-PR |
| 18. | ARM AND HAMMER BAKING SODA | 06-2880-PR |
| 19. | BAG OF FILTERS | 06-2883-PR |
| 20. | 3 BAGS OF MARIJUANA | 06-2863-PR |
| 21. | MARJUANA WITH PLATE | 06-2874-PR |
| 22. | COCAINE-APPROX 101.200 GRAMS | 06-2864-PR |
| 23. | COCAINE-13.5 GRAMS | 06-2865-PR |
| 24. | COCAINE-55.7 GRAMS | 06-2866-PR |
| 25. | MARIJUANA-0.500 GRAMS | 06-2867-PR |
| 26. | CRACK COCAINE-1.3 GRAMS | 06-2869-PR |
| 27. | CRACK COCAINE-23.2.00 GRAMS | 06-2871-PR |
| 28. | MARIJUANA—17.100 GRAMS | 06-2872-PR |
| 29. | CRACK COCAINE-10.00 GRAMS | 06-2873-PR |

I have summoned **Ricardo Pierre & Kristina Dimeo** named in said Complaint, as commanded to appear before the Sixth Division of the District Court in Providence at 9:30 o'clock in the forenoon, on **7/31**, 2006.

I have also given **Ricardo Pierre & Kristina Dimeo,** the person from whom-from whose premises said property was taken-a copy of the within warrant- I have left a copy of the within warrant at- on the place from which said property was taken-I did not find the person from whose premises said property was taken but left a copy of said warrant at-on the place from which the property was taken.

Det. Paul Saunia #256

Authorized Officer