IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. 07-003S |
| | ) | |
| | ) | Information pursuant to |
| v. | ) | 21 U.S.C. § 851 |
| | ) | |
| | ) | |
| RICARDO PIERRE | ) | |

INFORMATION CHARGING PRIOR CONVICTION

The Defendant, RICARDO PIERRE, who was charged by the United States Grand Jury in the District of Rhode Island on January 10, 2007 with possession with intent to distribute 5 grams or more of cocaine base in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), and possession with intent to distribute cocaine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), has been previously convicted of the following felony drug offenses under state law:

1. Possession of a Controlled Substance, Providence County (Rhode Island) Superior Court (case number P2-99-1168A);

2. Manufacture/Delivery of a Controlled Substance, Providence County (Rhode Island) Superior Court (case number P2-99-1803A);

3. Manufacture/Delivery/Possess with the Intent to Deliver a Controlled Substance, Providence County (Rhode Island) Superior Court (case number P2-2003-0138A); and,

4. Manufacture/Delivery/Possess with the Intent to Deliver a Controlled Substance, Kent County (Rhode Island) Superior Court (case number K2-03-0044A).

The United States of America gives notice under 21 U.S.C. § 851 that the defendant, RICARDO PIERRE, has previous convictions for felony drug offenses. Therefore, the defendant is subject to a fine of not more than four million dollars, a term of imprisonment of not less than ten years and not more than life, and a term of supervised release of at least eight years and not more than life on Count One of the indictment, and a fine of not more than two million dollars, a term of imprisonment of not more than 30 years, and a term of supervised release of at least six years and not more than life on Count Two of the indictment.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE,
UNITED STATES ATTORNEY

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj

CERTIFICATION

I hereby certify that on March 7, 2007, a copy of the within "Information Charging Prior Conviction" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Kevin Fitzgerald
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj