STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, Sc. SUPERIOR COURT

State of Rhode Island

vs. CASE NO. P2991168A

RICARDO PIERRE

## JUDGMENT OF CONVICTION AND COMMITMENT

On this date, 05-17-99 came the attorney for the State, and the defendant who appeared in person and by counsel, namely JAY C BIANCO before Judge MCATEE

IT IS ADJUDGED that the defendant upon a PLEA of NOLO CONTENDERE of the offense(s) of:

COUNT 001 POSS SCH I/II/III/IV/V CNTRL SUBS

SUSPENDED 2 Year(s)

PROBATION 2 Year(s)

INDEMNITY FUND
Amount $90.00

PROBATION FUND
Amount $180.00

DRUG EDUCATION FUND
Amount $400.00

HEALTH DEPT LAB FEE
Amount $118.00

SPECIAL PROGRAM TASC

SPECIAL PROGRAM COMUNITY SERV 100HRS

SPECIAL PROGRAM SUBSTNC ABUSE CNSLNG

as charged in the INFORMATION and the COURT having asked the defendant whether he/she has anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the COURT,

STATE OF RHODE ISLAND
SUPREME COURT
JUDICIAL RECORDS CENTER

I hereby certify that this document is an exact photographic reproduction of the original document on file in the R.I. Supreme Court Records Center

Maugua 1.11.07
Signature Date

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, Sc.

SUPERIOR COURT

State of Rhode Island

vs.

CASE NO. P2991168A

RICARDO PIERRE

IT IS ADJUDGED that the defendant IS GUILTY as charged and convicted.

TRUE COPY
ATTEST

CLERK

JUSTICE, SUPERIOR COURT

05-17-99
DATE EMP

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, Sc. SUPERIOR COURT

State of Rhode Island

vs.

CASE NO. P2991803A

RICARDO PIERIE

JUDGMENT OF CONVICTION
AND COMMITMENT

On this date, 11-09-99 came the attorney for the State, DUBE and the defendant who appeared in person and by counsel, namely THOMAS F CONNORS before Judge SHEEHAN .

IT IS ADJUDGED that the defendant upon a PLEA of NOLO CONTENDERE of the offense(s) of:

COUNT 001 MANU/DELIVER SCH I/II CNTRL SUBS

| | | | |
|---|---|---|---|
| FULL SENTENCE | 7 Year(s) | | |
| TERM TO SERVE | | 5 Months | |
| CRDIT FR TIME SERVED | 30 Days | | |
| SUSPENDED | 6 Year(s) | 7 Months | |
| PROBATION | 6 Year(s) | 7 Months | TO COMENC ON RELEASE |
| INDEMNITY FUND Amount | $150.00 | | TO COMENC ON RELEASE |
| PROBATION FUND Amount | $300.00 | | TO COMENC ON RELEASE |
| DRUG EDUCATION FUND Amount | $400.00 | | TO COMENC ON RELEASE |
| HEALTH DEPT LAB FEE Amount | $118.00 | | TO COMENC ON RELEASE |

as charged in the INFORMATION and the COURT having asked the defendant whether he/she has anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or

STATE OF RHODE ISLAND
SUPREME COURT
JUDICIAL RECORDS CENTER
I hereby certify that this document is an exact photographic reproduction of the original document on file in the R.I. Supreme Court Records Center
Mangua 1.11.07
Signature Date

STATE OF R[illegible]DE ISLAND AND PROVIDENCE [illegible]ANTATIONS

PROVIDENCE, Sc. SUPERIOR COURT

State of Rhode Island

vs. CASE NO. P2991803A

RICARDO PIERIE

appearing to the COURT,

IT IS ADJUDGED that the defendant IS GUILTY as charged and convicted.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment to the Proper Authority of the Adult Correctional Institutions and that the copy serve as the commitment of the defendant.

TRUE COPY
ATTEST Linda B Parsons
CLERK

JUSTICE, SUPERIOR COURT

11-09-99
DATE EMP

**State of Rhode Island and Providen 'lantations**

Providence Superior Court

State of Rhode Island vs Ricardo Pierre

Case No: P2-2003-0138A

JUDGMENT OF CONVICTION AND COMMITMENT

On the date(s) below came the attorney for the State and the defendant, who appeared in person and by counsel, before the justice of the Superior Court named below.

Prosecutor: John J Mcmahon
Defense Attorney(s): Joseph J. Voccola

**IT IS ADJUDGED** that the defendant, having entered a plea or having been found guilty as charged of the offense(s):

Count 1: Man/Del/Poss W/Int Sch I/Ii, Plea Of Nolo Contendere, Sentenced By Judge Procaccini, 13-Jan-2003

Full Sentence 12 Years
Term To Serve 18 Months retroactive to 12/27/02
Suspended 126 Months
Probation 126 Months
Total Assessments $1536.00

Count 2: Man/Del/Poss W/Int Sch I/Ii, Plea Of Nolo Contendere, Sentenced By Judge Procaccini, 13-Jan-2003

Full Sentence 12 Years
Term To Serve 18 Months
Suspended 126 Months
Probation 126 Months

and the Court, having asked the defendant whether he/she has anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court,

**IT IS ADJUDGED** that the defendant is guilty as charged and convicted.

**IT IS ADJUDGED** that the defendant is hereby committed to the custody of the warden of the Adult Correctional Institutions for the period stated above.

True Copy Attest

, Clerk

**State of Rhode Island and Providence Plantations**

**IF CONVICTED AFTER TRIAL,** the defendant has been advised of his/her right to appeal within twenty (20) days to the Supreme Court and of his/her right, if unable to pay the cost of an appeal, to apply for leave to be represented on appeal by the public defender or to appeal in forma pauperis.

**IT IS ORDERED** that the Clerk deliver a certified copy of this judgment to the proper authority of the Adult Correctional Institutions and that the copy serve as the commitment of the defendant.

TRUE COPY ATTEST

Clerk | Justice, Superior Court | 1 23 03 Date

True Copy Attest

,Clerk

Court
Bristol