# STATE OF RHODE ISLAND DISTRICT COURT CRIMINAL COMPLAINT

K2-03 0044

| DISTRICT COURT NO. | COURT DIVISION | POLICE NO. |
|---|---|---|
| 2003 00249 | 3rd | 02-7847 OF |

STATE EX REL VS. DEFENDANT (NAME AND ALIAS): Rick aka John Doe/ Ricardo Pierre

DEFENDANT ADDRESS AND PHONE: 118 Verndale St. 3rd. Fl., Providence, RI
STREET CITY STATE PHONE

| DEF. D.O.B. | DEF. BCI NO. | DEF. SOC. SEC. NO. | DEF. M.V. LIC. NO. |
|---|---|---|---|
| 9/23/79 | 099016 | | |

OFFENSE DATE: 12-2-02 ☐ DIVERS DATE
OFFICER/COMPLAINANT: CAPT [signature]

POLICE DEPT./COMPLAINANT ADDRESS: Warwick Police Department

| DETERMINE ATTY DATE | PRE TRIAL DATE |
|---|---|
| JAN 23 03 | |
| **PRE-ARRAIGN CONF DATE** | **TRIAL DATE** |
| 2-10-03 | |
| **SUPERIOR CT ARRAIGN DATE** | **MISC DATE/BAIL HRG/CONTROL** |
| | |

TO ANY JUDGE OR JUSTICE OF THE PEACE: ON BEHALF OF THE STATE I SWEAR THAT THE ABOVE DEFENDANT DID COMMIT THE FOLLOWING OFFENSES:

| OFFICER/COMPLAINANT | DATE | SWORN TO BEFORE JUDGE/JUSTICE OF THE PEACE | DATE |
|---|---|---|---|
| X CAPT [signature] | 1-1-03 | X [signature] | 1-1-03 |

## INITIAL APPEARANCE

| APPEARANCE DATE | BAIL FOR ALL COUNTS | ARRAIGNMENT DATE | JUSTICE OF THE PEACE |
|---|---|---|---|
| | $ | | |

## ARRAIGNMENT

| ARRAIGNMENT DATE | ADVISED OF RIGHTS | JURY TRIAL WAIVED | PLEA COUNT 1 | PLEA COUNT 2 | PLEA COUNT 3 |
|---|---|---|---|---|---|
| 1-16-03 | ☒ YES ☐ NO | ☐ YES ☐ NO | NO Plea. | | |

| BAIL FOR ALL COUNTS | ATTORNEY NAME | | JUDGE/JUSTICE OF THE PEACE |
|---|---|---|---|
| $ HWOB | | ☒ PRIVATE ☐ COURT APPT. ☐ P.D. | X [signature] |

**COUNT 1** STATUTE(S) VIOLATED 21-28-4.01(A)(2)(a) ☒ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

On 12-2-02, did unlawfully deliver to: Det. Raymond Masciarelli, a controlled substance to wit: Crack Cocaine, as set forth in Schedule II of section 21-28-2.08 of the General Laws, as amended.

**DISPOSITION**
☐ DISMISSAL ☐ GUILTY PLEA ☐ NOLO PLEA ☐ GUILTY FINDING
☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER ________

**SENTENCE IMPOSED**

**PROCEEDING** ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER
APPEAL TAKEN ☐ JUDGE X DATE

**COUNT 2** STATUTE(S) VIOLATED ☐ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

**DISPOSITION**
☐ DISMISSAL ☐ GUILTY PLEA ☐ NOLO PLEA ☐ GUILTY FINDING
☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER ________

**SENTENCE IMPOSED**

**PROCEEDING** ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER
APPEAL TAKEN ☐ JUDGE X DATE

**COUNT 3** STATUTE(S) VIOLATED ☐ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE