P2-03-0138

**STATE OF RHODE ISLAND**
**DISTRICT COURT**
## CRIMINAL COMPLAINT

| ICT COURT NO. | COURT DIVISION | POLICE NO. |
|---|---|---|
| | 6th Div. | 2002-40906 |

ATE / X / EL — VS. DEFENDANT (NAME AND ALIAS): Ricardo Pierre aka John Doe

IDANT ADDRESS AND PHONE: 18 Verndale St., 3rd floor Prov. RI 02905 — PHONE 467-4555 / 265-6095

| O.B. | DEF. BCI NO. | DEF. SOC. SEC. NO. | DEF. M.V. LIC. NO. |
|---|---|---|---|
| 23/79 | 9901611 | 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 | 9611392-RI |

| DETERMINE ATTY DATE | PRE TRIAL DATE |
|---|---|
| | |
| PRE-ARRAIGN CONF DATE | TRIAL DATE |
| 1/13/03 | |
| SUPERIOR CT ARRAIGN DATE | MISC DATE/BAIL HRG/CONTROL |
| 3/11/03 | |

SE DATE: -26-2002 ☒ DIVERS DATE
OFFICER/COMPLAINANT:
E DEPT./COMPLAINANT ADDRESS: nston Police Dept., 275 Atwood Ave., Cran. RI

TO ANY JUDGE OR JUSTICE OF THE PEACE: ON BEHALF OF THE STATE I SWEAR THAT THE ABOVE DEFENDANT DID COMMIT THE FOLLOWING OFFENSES:

| ER/COMPLAINANT | DATE | SWORN TO BEFORE JUDGE/JUSTICE OF THE PEACE | DATE |
|---|---|---|---|
| | | X | / / |

### INITIAL APPEARANCE

| RANCE DATE | BAIL FOR ALL COUNTS | ARRAIGNMENT DATE | JUSTICE OF THE PEACE |
|---|---|---|---|
| | $ | | |

### ARRAIGNMENT

| GNMENT DATE | ADVISED OF RIGHTS | JURY TRIAL WAIVED | PLEA COUNT 1 | PLEA COUNT 2 | PLEA COUNT 3 |
|---|---|---|---|---|---|
| 1/7/03 | ☐ YES ☐ NO | ☐ YES ☐ NO | | | |

| OR ALL COUNTS | ATTORNEY NAME | | JUDGE/JUSTICE OF THE PEACE |
|---|---|---|---|
| | | ☐ PRIVATE ☐ COURT APPT. ☐ P.D. | X |

**OUNT 1** — STATUTE(S) VIOLATED: 21-28-4.01(A)(2)(a) ☒ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

id unlawfully deliver to: Det. Raymond Masciarelli, a controlled substance, to wit: rack Cocaine, an unlawful substance as set forth in Schedule II of Section 21-28-2.08 f the General Laws of RI, as amended. (11/26/02)

| SITION | | SENTENCE IMPOSED |
|---|---|---|
| ISMISSAL | ☐ NOT GUILTY FINDING | |
| UILTY PLEA | ☐ CASE FILED 1 YEAR | |
| OLO PLEA | ☐ INFO/TRUE BILL | |
| UILTY FINDING | ☐ NO INFO/NO TRUE BILL | |
| | ☐ OTHER ______ | |

| EEDING | APPEAL TAKEN | JUDGE | DATE |
|---|---|---|---|
| RRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER | ☐ | X | |

**OUNT 2** — STATUTE(S) VIOLATED: 21-28-4.01(A)(2)(a) ☐ FELONY XX ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

i unlawfully deliver to Det. Raymond Masciarelli, a controlled substance, to wit: Crack caine, an unlawful substance as set forth in Schedule II of Section 21-28-2.08 of the neral Laws of RI, as amended. (12/3/02)

| SITION | | SENTENCE IMPOSED |
|---|---|---|
| ISMISSAL | ☐ NOT GUILTY FINDING | |
| UILTY PLEA | ☐ CASE FILED 1 YEAR | |
| OLO PLEA | ☐ INFO/TRUE BILL | |
| UILTY FINDING | ☐ NO INFO/NO TRUE BILL | |
| | ☐ OTHER ______ | |

| EEDING | APPEAL TAKEN | JUDGE | DATE |
|---|---|---|---|
| RRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER | ☐ | X | |

**OUNT 3** — STATUTE(S) VIOLATED: 21-28-4.14 ☐ FELONY XX ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

cardo Pierre, 9/23/79, having been previously convicted of Poss of Cocaine w/ Intent to liver on 5/17/99 and Unlawful Deliv of Cocaine on 11/8/99, both in the State of RI, has