UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR. No. 07-03-01S |
| RICARDO PIERRE | : | |

**NOTICE OF APPEAL**

NOW COMES the defendant, Ricardo Pierre, and hereby notices the appeal of the judgment issued on July 30, 2007.

Respectfully submitted
Ricardo Pierre
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this notice was electronically filed with notification to Donald Lockhart, Assistant United States Attorney, on August 2, 2007.

/s/ Kevin J. Fitzgerald