07-00003
USDC-PR RI
J. Smith

MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 07-2212

UNITED STATES,

Appellee,

v.

RICARDO PIERRE,

Defendant, Appellant.

---

Before

Lipez, Circuit Judge,
Selya, Senior Circuit Judge,
and Howard, Circuit Judge.

---

JUDGMENT

Entered: June 6, 2008

Appellant appeals from his conviction, which was based on an unconditional plea of guilty to cocaine charges. The government has moved for summary affirmance.

Under Tollett v. Henderson, 411 U.S. 528, 267 (1973), an unconditional plea of guilty precludes a defendant from subsequently raising "claims relating to the deprivation of constitutional rights that occurred prior to the entry of the guilty plea." This general principle unquestionably encompasses fourth amendment claims. United States v. Gaffney, 496 F.3d 211, 215 (1st Cir. 2006). In any event, as appellant failed to discuss Tollett in his brief, he has forfeited the right to challenge its application to his case.

The government's motion for summary disposition is granted.

The judgment is affirmed. See 1st Cir. R. 27.0(c).

.ertified and Issued as **Mandate**
.nder Fed. R. App. P. 41.

:ichard Cushing Donovan, Clerk

eputy Clerk

:ate: 6-30-08

By the Court:

/s/ Richard Cushing Donovan, Clerk.

cc:
Donald Lockhart
Mark L. Stevens
Sandra Beckner